IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIRON B. SPRINGFIELD,

    Plaintiff,                    No. 2:13-cv-0809 KJN P

    vs.

CCII K. ALLEN, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1).  By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated to

make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Plaintiff failed to sign his complaint. Rule 11 of the Federal Rules of Federal Procedure requires that all pleadings be signed by a litigant proceeding without counsel. Id. Thus, the court will grant plaintiff an opportunity to submit a signed complaint.

Plaintiff's complaint is 107 pages long. However, the pleading is only 13 pages; the remaining 94 pages are exhibits. Plaintiff is advised that he is not required to provide exhibits at this stage of the litigation. Therefore, the Clerk of the Court is directed to send plaintiff a copy of pages 1 - 13 of plaintiff's complaint. Page 5 of the complaint provides a place for plaintiff to sign and date the complaint. Plaintiff should sign, date, and return the complaint for filing. Plaintiff may refer to the exhibits appended to the original complaint in subsequent filings.

Plaintiff is cautioned that failure to sign, date, and re-file the complaint will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Within twenty-one days from the date of this order, plaintiff shall sign, date, and refile the thirteen page complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

      4.  The Clerk of the Court is directed to send plaintiff a copy of pages 1 - 13 of plaintiff's complaint (dkt. no. 1).

DATED:  May 1, 2013

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

spri0809.sign