IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CIRON SPRINGFIELD,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**K. ALLEN, et al. ,**<br><br>　　　　　　　　　　　Defendants. | 2:13-cv-00809 KJN<br><br>[~~PROPOSED~~] **ORDER** |

　　　Good cause having been shown, Defendants are granted an additional thirty days, to and including October 16, 2013, within which to file a responsive pleading to the complaint in this action.

Dated:  September 17, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

spri0809.prop.ord.eot

1