IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CIRON SPRINGFIELD,** <br><br> Plaintiff, <br><br> v. <br><br> **K. ALLEN, et al. ,** <br><br> Defendants. | 2:13-cv-00809 KJN <br><br> **[PROPOSED] ORDER** |

Good cause having been shown, Defendants are granted an additional thirty days, to and including October 16, 2013, within which to file a responsive pleading to the complaint in this action.

Dated: September 17, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

spri0809.prop.ord.eot

1