UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON SPRINGFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VIMAL SINGH, et al.,<br><br>　　　　Defendants. | No.  2:12-cv-2552 KJM AC P |
| CIRON SPRINGFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K. ALLEN, et al.,<br><br>　　　　Defendants. | No.  2:13-cv-0809 KJN P<br><br>RELATED CASE ORDER |

　　　　The court has received the Notice of Related Cases concerning the above-captioned cases filed October 17, 2013.  *See* Local Rule 123.

　　　　Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a).  The actions involve the same property, transaction or event and similar questions of fact and the same question of law.  Accordingly, assignment of the matters to

/////

1

1  the same judge is likely to effect a substantial saving of judicial effort and is also likely to be
2  convenient for the parties.
3       The parties should be aware that relating the cases under Local Rule 123 merely has the
4  result that the actions are assigned to the same judge; no consolidation of the actions is effected.
5  Under the regular practice of this court, related cases are generally assigned to the judge and
6  magistrate judge to whom the first filed action was assigned.
7       Therefore, IT IS ORDERED that the action denominated as No. 2:13-cv-0809 KJN P is
8  reassigned to District Judge Kimberly J. Mueller and Magistrate Judge Allison Claire for all
9  further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be
10 shown as No. 2:13-cv-0809 KJM AC P and any and all dates currently set before the Honorable
11 Kendall J. Newman only are hereby vacated.
12      IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
13 the assignment of civil cases to compensate for this reassignment.
14      IT IS SO ORDERED.
15 DATED:  January 24, 2014.

                                       UNITED STATES DISTRICT JUDGE